604

413 A.2d 1122

Commonwealth v. Cornish, Appellant.

Argued March 20, 1979. Norman M. Abrams, for appellant; Lee Kaplan, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, HESTER and WIEAND, JJ.

Order and judgment of sentence affirmed.

413 A.2d 1122

Commonwealth v. Gallagher, Appellant.

Argued March 22, 1979. Taylor P. Andrews, Public Defender, submitted a brief on behalf of appellant; J. Michael Eakin, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, HESTER and WIEAND, JJ.

Judgment of sentence affirmed.